IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL B. BYRD, <br> [DOB: 02/13/1979] <br><br> Defendant. | Case No. _____ <br> *Felon in Possession of a Firearm* <br> 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br> NMT: 10 Years' Imprisonment <br> NMT: $250,000 Fine <br> NMT: 3 Years' Supervised Release <br> $100 Mandatory Special Assessment <br> Class C Felony |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about September 20, 2018, in the Western District of Missouri, the defendant **MITCHELL B. BYRD**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock, Model 23, .40 caliber semi-automatic pistol, bearing Serial Number VMD610, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

10/3/18                                                         /s/ Kathryn Varnon
DATE                                                           FOREPERSON OF THE GRAND JURY


/s/ Ashleigh A. Ragner
Ashleigh A. Ragner
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri