IN THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES of AMERICA
     Plaintiff,
v.                                                    18-00279-01-cr-w-dgk

MITCHELL BYRD
     Defendant.

MOTION FOR APPOINTMENT OF SUBSTITUTE ATTORNEY

     Defendant Mitchell Byrd, by and through appointed counsel Joseph W. Vanover, moves

this Court appoint a new attorney for defendant and withdraw the undersigned from this case.

Mr. Byrd offers the following:

SUGGESTIONS IN SUPPORT

1. Mr. Byrd was first charged by Complaint on September 21, 2018 with being a felon in

   possession of a firearm. (Doc. 1). Most recently Mr. Byrd was indicted and accused of

   the following crimes: possession with intent to distribute cocaine base (two counts),

   possession of a firearm in furtherance of a drug trafficking crime, felon in possession of a

   firearm and threatening a federal official. (Doc. 29). Mr. Byrd has been denied bail. The

   case is currently on the trial docket starting April 20, 2020.

2. Mr. Byrd's first attorney was Robert Kuchar of the Federal Public Defender's office. The

   undersigned was appointed on May 8, 2019 after Mr. Kuchar stated Mr. Byrd's interest

   was adverse to another client. (Doc. 26 and 27).

3. Mr. Byrd has directed the undersigned to file a motion with the Court asking that a new

   attorney be appointed to represent the defendant and allowing the undersigned to

   withdraw.

4. Mr. Byrd has directed the undersigned to state the reason why new counsel is necessary is because attorney and client "do not see eye to eye."

WHEREFORE, the Defendant, Mitchell Byrd, requests the Court grant the motion or set it for hearing.

Vanover Law LLC


/s/ Joseph W. Vanover
Joseph W. Vanover, #48074
9800 NW Polo Dr., Ste 100
Kansas City, MO 64153
816-769-1948
fax 816-454-3678
jvanover@vanoverlaw.net
Attorney for Mitchell Byrd


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the above and foregoing was transmitted to opposing counsel of record via the CM-ECF system on the date electronically stamped on the lower edge of this document.

by:     /s/ Joseph W. Vanover
Joseph W. Vanover #48074
Attorney for Mitchell Byrd